**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ryan William Welch,<br><br>Plaintiff,<br><br>v.<br><br>Leon Cattolico, et al.,<br><br>Defendants. | No. CV-20-08129-PCT-DGC (JFM)<br><br>**ORDER** |

Plaintiff Ryan Welch brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983. Docs. 1, 12. The Court screened the amended complaint and directed Defendant Cattolico to answer count one. Doc. 13. Count two and Defendant Smith were dismissed. *Id.*

Plaintiff now moves "to reverse dismissal of all past immune government officials," claiming that "[a]s of August 2020, government officials are no longer immune from liability in § 1983 civil rights lawsuits." Doc. 14. The Court rejected this argument in one of Plaintiff's other cases, and does so again here. *See Welch v. Yavapai Cty. Detention Ctr.*, No. CV-19-08218-PHX-DGC (MHB), Doc. 17 at 3 ("Plaintiff is mistaken in his belief that government officials are no longer entitled to qualified immunity in § 1983 cases. Moreover, the Court did not dismiss this case based on immunity.").[1]

---

[1] Plaintiff has listed five of his cases in this Court in the present motion. Plaintiff is reminded that he may not file a single document with more than one case number on it. If Plaintiff wants the Court to take action in more than one of his cases, he must file a separate

**IT IS ORDERED** that Plaintiff's motion to reverse dismissal of all past immune government officials (Doc. 14) is **denied**.[2]

Dated this 28th day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge

---

original document, with the appropriate case number, in each of the cases. *See id.* at 2 n.1.

[2] Plaintiff challenges the denial of a certificate of appealability in Case No. CV-19-08218. Doc. 14 at 2. That case was closed in November 2019, and Plaintiff otherwise has failed to show that a certificate of appealability is warranted under 28 U.S.C. § 2253(c).

- 2 -